**Opinion filed January 22, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-25-00310-CV
_____

## IN THE INTEREST OF E.L.K., A CHILD

**On Appeal from the 118th District Court**
**Howard County, Texas**
**Trial Court Cause No. 55268-A**

### M E M O R A N D U M   O P I N I O N

This appeal arises from the trial court's order denying Appellants' petition to terminate the parental rights of E.L.K.'s mother. Appellants have filed an unopposed motion to dismiss this appeal. In their motion, Appellants state that "[t]he parties [have] resolved this matter through mediation"[1] and "seek dismissal of this appeal with costs taxed to the party incurring them."

---

[1]We note that the trial court has signed an agreed order granting Appellants' motion for new trial pursuant to the parties' mediated settlement agreement, thereby vacating its order denying their petition and setting it aside.

Pursuant to their request, we grant Appellants' motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1), (d).


JOHN M. BAILEY

CHIEF JUSTICE


January 22, 2026

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.